An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

NADER YOUSEF ABDELSAYED, M.D., AN INDIVIDUAL; TRACY NIELSON, C.N.M., AN INDIVIDUAL; CENTENNIAL HILLS OB/GYN ASSOCIATES, LLP, A NEVADA LIMITED LIABILITY PARTNERSHIP; AND ANNETTE MAYES, M.D., AN INDIVIDUAL
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JERRY A. WIESE, DISTRICT JUDGE,
Respondents,
and
VALERY MUNIZ, A MINOR, BY AND THROUGH HER NATURAL PARENTS AND LEGAL GUARDIANS, MARTHA ACOSTA-COCHRAN AND MIGUEL MUNIZ; NORTH VISTA HOSPITAL, INC., D/B/A NORTH VISTA HOSPITAL, A DELAWARE CORPORATION; AND ROSE CARVER, R.N., AN INDIVIDUAL,
Real Parties in Interest.

No. 67541

**FILED**

DEC 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order holding that NRS 42.021 is unconstitutional. Writ relief is generally not available when a petitioner has an adequate remedy at law. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Having considered the petition and

SUPREME COURT
OF
NEVADA

(O) 1947A

15-39074

supporting documents, we conclude that our extraordinary intervention is not warranted. NRS 34.160; *Pan*, 120 Nev. at 228, 88 P.3d at 844. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Jerry A. Wiese, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
De Castroverde Law Group
Parker & Edwards
Hand & Sullivan, LLC
Snow, Christensen & Martineau
Daehnke Stevens, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A